# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID TOON,**

      **Plaintiff,**

v.                                       **Case No:   6:14-cv-617-Orl-22TBS**

**DAVID HARPUR, NANCY HARPUR,**
**JOHN DOES 1-10 and JANE DOES 1-10,**

      **Defendants.**

---

## ORDER

This cause is before the Court on Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) filed on April 21, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED and that the Amended Complaint be dismissed without leave to amend.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed May 12, 2014 (Doc. No. 6), is ADOPTED and CONFIRMED and made a part of this Order.

2.      The Application to Proceed in District Court without Prepaying Fees or Costs is hereby DENIED.

3.      The Amended Complaint is DISMISSED without leave to amend.

4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on June 4, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties